# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

_____

In the Matter of

**WORCESTER RESTAURANT ASSOCIATES, LLC**,                Chapter 11
                                                         # 09-40355-JBR

                        Debtor
_____

## MODIFICATION OF SECOND AMENDED JOINT PLAN OF REORGANIZATION BY DEBTOR AND THIRD PARTY PROPONENT

The Amended Joint Plan of Reorganization by the Debtor and Third Party Proponent is hereby modified in that at Section 6.3 of the plan the name of Peter Stocks, Esq. shall be deleted and substituted by Richard Erricola to serve as the Trustee of the WRA Creditors Trust.

                                        Respectfully submitted,

                                        **Worcester Restaurant Associates, LLC**
                                        Debtor-in-Possession
                                        By its attorney,

Date:  August 6, 2009

                                        /s/William T. Stevens
                                        William T. Stevens, Esq.
                                        (BBO# 480260)
                                        98 North Washington Street
                                        Suite 305
                                        Boston, Mass. 02114
                                        617-720-0991
                                        wtstevens@rcn.com